03cv281/min

CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours 50 minutes

HONORABLE Fitzsimmons

DEPUTY CLERK Kolesnikoff    RPTR/ERO/TAPE Corriette

DATE 11/12/03    START TIME 3:50    END TIME 4:40

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

QUANTUM SAil

vs.

Liberty Ent

CIVIL NO. 3:D3cv281WWE

§
§
§
§
§

TIM DIEMAND
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

RICHARD PALADINO
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrg) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ .... #19-1 | Motion | For ORDER | ☐ granted | ☐ denied | ☑ advisement |
| ☐ .... #19-2 | Motion | For Sanctions | ☐ granted | ☐ denied | ☑ advisement |
| ☐ .... # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | filed | docketed |
|---|---|---|
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____