**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **QUANTUM SAIL DESIGN,** | : | 3:03cv281(WWE) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY ENT. INC.** | : | |
| | : | |

**REFERRAL TO MAGISTRATE JUDGE**

　　This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_　　All purposes including trial upon written request by all parties (orefcs.)

\_\_\_　　A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_　　To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

**XXX**　A ruling on the following pending motion(orefm):
　　　　Motion for Order--doc. #15

\_\_\_\_\_A settlement conference　(orefmisc./cnf)

\_\_\_\_　A scheduling conference　(orefmisc/cnf)

\_\_\_　　Other:　(orefmisc./misc)


　　SO ORDERED this 2d day of December, 2003 at Bridgeport, Connecticut.

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　Warren W. Eginton
　　　　　　　　　　　　　Senior U.S. District Judge