United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/26/04
Kevin F. Rowe, Clerk
By: D. Candee
Deputy Clerk

**WIGGIN AND DANA**

Wiggin and Dana LLP
One City Place
185 Asylum Street
Hartford, Connecticut
06103-3402
www.wiggin.com

Timothy A. Diemand
860.297.3738
860.525.9380 fax
tdiemand@wiggin.com

2004 APR 20 P 2:28

April 16, 2004

RECEIVED

Hon. Holly B. Fitzsimmons
United States Magistrate Judge
U.S. District Court, District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604

Re:  **Quantum Sail Design Group LLC v. Liberty Enterprises, et al.**
     **03CV00281 (WWE) (HBF)**

Dear Magistrate Judge Fitzsimmons:

As requested by Your Honor's clerk, I am writing on behalf of plaintiff Quantum Sail Design Group, LLC and defendants Liberty Services LLC, Debra Liberty and Sail Repair Company to request a thirty (30) day stay of all proceedings in this matter. The stay is requested because counsel for defendants (Richard Paladino) recently underwent emergency heart surgery and is recovering.

Respectfully,

Timothy A. Diemand

cc: Paul Gozzi, Esq. (for Attorney Richard F. Paladino, Esq.)

\15786\1\460678.1

3:03cv281 (HBF) 22 April 2004

Construing this letter as a motion to stay the case, the court **grants** the motion. All proceedings shall be stayed for thirty (30) days.

SO ORDERED.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

FILED
2004 APR 26 P 3:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

*New Haven   Stamford   New York   Hartford   Philadelphia*