UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM SAIL DESIGN GROUP LLC, | |
| Plaintiff | No. 3:03 CV 00281 (WWE) (HBF) |
| v. | |
| LIBERTY ENTERPRISES, INC. d/b/a QUANTUM EASTERN LONG ISLAND SOUND, LIBERTY SERVICES LLC, DEBORAH LIBERTY and SAIL REPAIR COMPANY | July 29, 2004 |
| Defendants. | |

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 8/02

FILED 2004 JUL 30 P 1:51 U.S. DISTRICT COURT BRIDGEPORT, CONN.

FILED 2004 AUG -3 P 01 U.S. DISTRICT COURT BRIDGEPORT, CONN.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties respectfully request that the Court dismiss this action, with prejudice, as the parties have reached an agreement to settle this matter. Undersigned counsel has the consent of defendants to file this stipulation and to represent to the court that each defendant consents to the dismissal of this action with prejudice.

Respectfully submitted.

/s/ Timothy A. Diemand
_____
Timothy A. Diemand (ct18075)
Wiggin and Dana LLP
185 Asylum Street
Hartford, CT 06103-3402
Tel.: (860) 297-3700
Fax: (860) 525-9380
tdiemand@wiggin.com